# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ANTONIO DEVOULD, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:22-cv-00957-AMM-SGC |
| SOUTHERN HEALTH PARTNERS, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

On October 11, 2022, the magistrate judge entered a report recommending the court dismiss this action for failure to prosecute because the plaintiff, Antonio DeVould, has not paid the filing fee or returned an application to proceed *in forma pauperis*, and the court can no longer communicate with him. Doc. 8. Three mailings to Mr. DeVould at the Shelby County Jail, his listed address, have now been returned as undeliverable with a notation that Mr. DeVould is no longer incarcerated. Docs. 5, 7, 9.

Mr. DeVould was twice advised of his responsibility to provide the Clerk's Office with any changes to his address. Doc. 1 at 11; Doc. 3. Mr. DeVould has failed to update his address so that the court can communicate with him about his case. Also, he has not paid the filing fee or applied to proceed *in forma pauperis*, and the deadline to do so has passed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 8. Consistent with that recommendation, this action is dismissed without prejudice because Mr. DeVould has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** this 31st day of October, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE